# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Argent Mortgage Company, LLC** | ) | Case No. 1:06-cv-00584 |
| | ) | |
| **Plaintiff** | ) | Judge Donald C. Nugent |
| | ) | |
| vs. | ) | **ORDER OF DEFAULT JUDGMENT** |
| | ) | **AND DECREE IN FORECLOSURE** |
| **Chantelle Johnson, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Court has filed its Order granting Plaintiff's Motion for Default Judgment and entering Judgment and a Decree in Foreclosure in this action.  Accordingly, this action is terminated pursuant to Fed. R. Civ. P. 58.  The Court retains jurisdiction to take all steps necessary to implement the judgment in accordance with General Order No. 2006-16.

   **IT IS SO ORDERED.**

                                                                 *Donald C. Nugent*
                                                                 JUDGE DONALD C. NUGENT

DATE**:**   September 27, 2006